UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLOS RUIZ FLOREZ,

Plaintiff,

-v-

LESAGA HOLDINGS - 673 9 AVENUE, and HKQ, INC.,

Defendants.

---

26-CV-06081 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

On **August 7, 2026**, Defendants were served with the Complaint, and proof of service was filed with the Court. *See* ECF Nos. 12, 13. To date, Defendants have failed to appear in this action. No later than **October 5, 2026**, Plaintiff shall submit a letter addressing whether Plaintiff has had any contact with Defendants or if they have any other reason to believe that Defendants have actual notice of this lawsuit.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendants **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: September 28, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge