UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS RUIZ FLOREZ,

Plaintiff,

-v-

LESAGA HOLDINGS - 673 9 AVENUE, AND HKQ, INC.,

Defendants.

25-CV-06081 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

On October 9, 2026, the Clerk of Court entered a Certificate of Default in the above-captioned case as to all Defendants. ECF No. 19. Defendant Lesaga Holdings – 973 9 Avenue, LLC, ("Defendant") has since appeared in this case. ECF No. 20. On October 20, 2026, Defendant filed a letter, seeking an extension of time, *nunc pro tunc*, to respond to the Complaint, and to vacate the Certificate of Default. ECF No. 21.

Plaintiff shall submit his response to Defendant's letter by no later than October 22, 2026. In that response, Plaintiff shall address Defendant's contention that Plaintiff failed to serve Defendant with either the September 28, 2026 Order (ECF No. 14) or the October 7, 2026 Order (ECF No. 16), as required by those orders.

SO ORDERED.

Dated: October 21, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge