UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS RUIZ FLOREZ,

Plaintiff,

-v-

LESAGA HOLDINGS - 673 9 AVENUE, AND HKQ, INC.,

Defendants.

25-CV-06081 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

On October 9, 2026, the Clerk of Court entered a Certificate of Default in the above-captioned case as to all Defendants. ECF No. 19. Defendant Lesaga Holdings – 973 9 Avenue, LLC, ("Defendant") has since appeared in this case. ECF No. 20. On October 20, 2026, Defendant filed a letter, seeking an extension of time, *nunc pro tunc*, to respond to the Complaint, and to vacate the Certificate of Default. ECF No. 21. In response to the Court's Orders, ECF Nos. 22 and 24, on October 27, 2026, Plaintiff, along with Defendant, submitted a joint letter requesting the Court vacate the Clerk's Certificate of Default; extend Defendant's time to respond to the Complaint; deem resolved the requests included in Defendants' October 20, 2026 letter; and adjourn Plaintiff's deadline to move for default judgment as to Defendant. ECF No. 25.

The parties' requests are GRANTED. The Court finds good cause under Rule 55(c) to vacate the certificate of default. *See Commissions Imp. Exp. S.A. v. Republic of the Congo*, No. 19 MISC. 195 (KPF), 2020 WL 13560108, at *1 (S.D.N.Y. May 11, 2020). It is HEREBY ORDERED that Defendant's response to the Complaint shall be filed by **November 10, 2026**. It

is further ORDERED that the requests included in Defendants' October 20, 2026 letter are resolved. It is further ORDERED that the deadline for Plaintiff to move for default judgment as to Defendant is adjourned *sine die*.

Counsel are reminded, pursuant to Rule 3.E of this Court's Individual Rules and Practices in Civil Cases requests for adjournments or extensions of time must be filed on ECF as letter-motions, no as ordinary letters.

In its prior order, the Court required that Plaintiff file a response that "shall address Defendant's contention that Plaintiff failed to serve Defendant with either the September 28, 2026 Order (ECF No. 14) or the October 7, 2026 Order (ECF No. 16), as required by those orders." ECF No. 22. To date, Plaintiff has failed to do so.

Plaintiff is hereby ORDERED to file a response by no later than **November 5, 2026.**

The Clerk of Court is directed to vacate the Certificate of Default.

SO ORDERED.

Dated: October 30, 2026
New York, New York

JEANNETTE A. VARGAS
United States District Judge